UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GULF COAST TRANSPORT, INC., *et al.*, | § | Case No. 09-31896-SGJ -11 |
| | § | |
| Debtors. | § | Jointly Administered |

**STIPULATION AND AGREED ORDER TOLLING
DEADLINE FOR COMMITTEE TO INITIATE SUIT**

**STIPULATION**

This Stipulation is entered into by and between the following parties (collectively, the "Parties"): (i) the Official Committee of Unsecured Creditors of GC Logistics, Inc. (the "Committee"); and (ii) Marquette Transportation Finance, Inc. ("Marquette").

1. On May 1, 2009, the Court entered its *Final Order: (i) Approving Stipulation and Agreement Regarding Debtors' Emergency Motion for Post-Petition Financing and Use of Cash Collateral; (ii) Granting Liens and Security Interests Pursuant to 11 U.S.C. § 364(c); and (iii) Authorizing Use of Cash Collateral* [docket no. 125] (the "Final CC Order").

2. Among other things, the Final CC Order establishes a deadline of August 7, 2009 for any party-in-interest in this bankruptcy case, including the Committee, to assert a challenge to the validity, extent, perfection, and priority of any of Marquette's prepetition liens and claims, or to assert affirmative causes of action against Marquette (the "Filing Deadline").

3. Marquette has produced documents to the Committee pursuant to prior agreed order entered by the Court, which documents the Committee is in the process of reviewing. This review, together with the Parties' intention to continue their dialogue geared towards a potential resolution of issues that may exist between them, leads the Parties to agree to extend the Filing Deadline.

4. Accordingly, the Parties do hereby agree and stipulate that the Filing Deadline is extended through to and including September 7, 2009.

## ORDER

The Court, having considered the above Stipulation, and incorporating its definitions, it is hereby:

**ORDERED** that the Stipulation is **APPROVED**; it is further

**ORDERED** that the Filing Deadline for the Committee is **EXTENDED** through to and including September 7, 2009.

### # # # END OF ORDER # # #

**AGREED AS TO FORM AND SUBSTANCE**

| **MUNSCH HARDT KOPF & HARR, P.C.** | **CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P** |
|---|---|
| By: /s/ Davor Rukavina<br>Kevin M. Lippman<br>Texas Bar No. 00784479<br>Davor Rukavina, Esq.<br>Texas Bar No. 24030781<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, Texas 75201<br>Telephone: (214) 855-7500<br>Facsimile: (214) 978-5359<br><br>**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GC LOGISTICS, INC.** | By: /s/ J. Michael Sutherland (*w/ permission*)<br>J. Michael Sutherland<br>Texas Bar No. 19524200<br>901 Main Street<br>Suite 5500<br>Dallas, Texas 75202<br>Telephone: (214) 855-3000<br>Facsimile: (214) 855-1333<br><br>**ATTORNEYS FOR MARQUETTE TRANSPORTATION FINANCE, INC.** |

.