U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**Signed August 10, 2009**                    **United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GULF COAST TRANSPORT, INC., *et al.*, | § | Case No. 09-31896-SGJ -11 |
| | § | |
| Debtors. | § | Jointly Administered |

## STIPULATION AND AGREED ORDER TOLLING DEADLINE FOR COMMITTEE TO INITIATE SUIT

### STIPULATION

This Stipulation is entered into by and between the following parties (collectively, the "Parties"): (i) the Official Committee of Unsecured Creditors of GC Logistics, Inc. (the "Committee"); and (ii) Marquette Transportation Finance, Inc. ("Marquette").

1.     On May 1, 2009, the Court entered its *Final Order: (i) Approving Stipulation and Agreement Regarding Debtors' Emergency Motion for Post-Petition Financing and Use of Cash Collateral; (ii) Granting Liens and Security Interests Pursuant to 11 U.S.C. § 364(c); and (iii) Authorizing Use of Cash Collateral* [docket no. 125] (the "Final CC Order").

2.     Among other things, the Final CC Order establishes a deadline of August 7, 2009 for any party-in-interest in this bankruptcy case, including the Committee, to assert a challenge

to the validity, extent, perfection, and priority of any of Marquette's prepetition liens and claims, or to assert affirmative causes of action against Marquette (the "<u>Filing Deadline</u>").

3.      Marquette has produced documents to the Committee pursuant to prior agreed order entered by the Court, which documents the Committee is in the process of reviewing. This review, together with the Parties' intention to continue their dialogue geared towards a potential resolution of issues that may exist between them, leads the Parties to agree to extend the Filing Deadline.

4.      Accordingly, the Parties do hereby agree and stipulate that the Filing Deadline is extended through to and including September 7, 2009.

**ORDER**

The Court, having considered the above Stipulation, and incorporating its definitions, it is hereby:

**ORDERED** that the Stipulation is **APPROVED**; it is further

**ORDERED** that the Filing Deadline for the Committee is **EXTENDED** through to and including September 7, 2009.

**# # # END OF ORDER # # #**

**AGREED AS TO FORM AND SUBSTANCE**

| | |
|---|---|
| **MUNSCH HARDT KOPF & HARR, P.C.** | **CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P** |

By: /s/ Davor Rukavina
    Kevin M. Lippman
    Texas Bar No. 00784479
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    3800 Lincoln Plaza
    500 N. Akard Street
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    Facsimile: (214) 978-5359

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GC LOGISTICS, INC.**

.

By: /s/ J. Michael Sutherland (*w/ permission*)
    J. Michael Sutherland
    Texas Bar No. 19524200
    901 Main Street
    Suite 5500
    Dallas, Texas 75202
    Telephone: (214) 855-3000
    Facsimile: (214) 855-1333

**ATTORNEYS FOR MARQUETTE TRANSPORTATION FINANCE, INC.**